# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00541-CV

**Passion Love Black, Appellant**

**v.**

**Franklin D. Murray, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 14-3667-FC4, THE HONORABLE TAMERA ARRINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Passion Love Black filed a notice of appeal on August 15, 2017. After review, the Clerk of this Court sent appellant a letter informing her that the Court appears to lack jurisdiction over the appeal because appellant's notice of appeal indicates that she is requesting a de novo hearing of an associate judge's ruling before the referring court pursuant to Section 201.015 of the Texas Family Code. At that time, the Williamson County Clerk's Office had informed this Court that the de novo hearing, which is required after the filing of a timely request, had not yet been held. *See* Tex. Fam. Code § 201.015(f). Thus, the Clerk notified appellant that the notice of appeal appears premature and that this Court does not have jurisdiction over the appeal. *See* Tex. R. App. P. 26.1, 27.1. The Clerk requested a response informing us of any basis that exists for jurisdiction. Further, the notice advised appellant that her failure to comply with this request could result in the dismissal of the appeal.

To date, no response has been filed. The Williamson County Clerk's Office has informed us the de novo hearing has not yet been held. Accordingly, we dismiss the appeal for want of jurisdiction. *See id.* R. 42.3(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed for Want of Jurisdiction

Filed:   June 22, 2018